# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3460

_____

Sharon A. Gibbons,               *
                                     *

          Appellant,        *
                                     *

     v.                          *   Appeal from the United States
                                     *   District Court for the

Jo Anne B. Barnhart, Commissioner,  *   Western District of Arkansas.
Social Security Administration,     *

                                     *      [UNPUBLISHED]
          Appellee.        *

_____

Submitted: June 17, 2004
Filed: June 28, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Sharon Gibbons appeals the district court's[1] decision upholding the Commissioner's denial of her application for disability insurance benefits after a hearing before an administrative law judge (ALJ), and after the Appeals Council denied review. Having reviewed the record, we find the Commissioner's final decision is supported by substantial evidence on the record as a whole. See Harris

_____

[1]The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

v. Barnhart, 356 F.3d 926, 928 (8th Cir. 2004). In particular, the ALJ properly relied on vocational expert testimony, gave appropriate weight to Gibbons's subjective complaints, made explicit findings regarding her residual functional capacity, considered her impairments in combination, and fully developed the record.

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____